IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDREW MCKINNON,

**Plaintiff,**

v.                                                    **Case No. 20-cv-699-NJR**

DENNIS LARSON,

**Defendant.**

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court for case management purposes to assign new counsel for Plaintiff Andrew McKinnon.

In accordance with 28 U.S.C. § 1915(e)(1) and Local Rule(s) 83.1(i) and 83.9(b), attorney John F. Cooney of Lewis Brisbois Bisgaard & Smith LLP, is **ASSIGNED** to represent McKinnon in this civil rights case. On or before **August 4, 2022**, assigned counsel shall enter his appearance in this case. Attorney Cooney is free to share responsibilities with an associate who is also admitted to practice in this district court. Assigned counsel, however, must enter the case and shall make first contact with McKinnon, explaining that an associate may also be working on the case. McKinnon should wait for his attorney to contact him in order to allow counsel an opportunity to review the court file.

The Clerk of Court is **DIRECTED** to transmit this Order and a copy of the docket to attorney Cooney. The electronic case file is available through the Case

Management/Electronic Case Filing ("CM/ECF" system.)

Now that counsel has been assigned, McKinnon shall not personally file anything in this case, except a pleading that asks that he be allowed to have counsel withdraw from representation. If counsel is allowed to withdraw at the request of McKinnon, there is no guarantee the Court will appoint other counsel to represent McKinnon.

Counsel is **ADVISED** to consult Local Rules 83.8-83.14 regarding *pro bono* case procedures.

Because McKinnon is proceeding *in forma pauperis*, he may proceed without *prepayment* of the filing fee. If McKinnon should recover damages in this action (either by verdict or settlement), he and his counsel are **ADVISED** that McKinnon will be obligated to pay the filing fee out of his monetary recovery.

Section 2.6 of this Court's Plan for the Administration of the District Court Fund provides for a degree of reimbursement of *pro bono* counsel's out-of-pocket expenses, as funds are available. The Plan can be found on the Court's website, as well as the form motion for out-of-pocket expenses and an Authorization/Certification for Reimbursement. Any motion for reimbursement must be made within 30 days from the entry of judgment, or reimbursement will be waived. *See* SDIL-LR 83.13. The funds available for this purpose are limited, however, and counsel should use the utmost care when incurring out-of-pocket costs. In no event will funds be reimbursed if the expenditure is found to be without a proper basis. The Court has no authority to pay attorney's fees in this case. No portion of a partial filing fee assessed pursuant to 28 U.S.C. § 1915 will be reimbursed. Assigned counsel may move for an exemption from PACER

fees for this case by filing a motion in this case seeking an exemption from these fees.

The district court has entered into an agreement with attorney Alan Mills and the Uptown People's Law Center to consult with lawyers on issues in these cases, including substantive and procedural questions (both legal and practical) and dealing with the client. Mr. Mills can be reached by email at alan@uplcchicago.org. He can also be reached by phone at 773-769-1411; however, email is his preferred means of contact. His services are available to counsel free of charge, as long as counsel is representing a prisoner *pro bono* on a case in the district. In addition, the Court's website, www.ilsd.uscourts.gov, includes a guide for attorneys which is available as a resource. It is listed under "Rules and Forms" as "Guide for Attorneys Recruited to Represent Plaintiffs in Section 1983 Cases." The Court encourages appointed counsel to consult it and Mr. Mills as needed.

As of this date, McKinnon's contact information is:

> **Andrew McKinnon**
> **11934 S Lowe Ave**
> **Chicago, IL 60628-5910**

**IT IS SO ORDERED.**

**DATED:   July 21, 2022**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**